Catherine L. Hanna, Eric Scott Peabody, Hanna & Plaut, Austin, TX, for Defendant–Appellee.

Before KING, Chief Judge, and BARKSDALE and PRADO, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for essentially the reasons given by the district court in its Memorandum and Order entered January 3, 2005.

AFFIRMED.

**Matt BOURGAULT, Plaintiff–Appellant**

v.

**Mark YUDOF, in his official capacity as Chancellor of the University of Texas System; Cullen Godfrey, in his official capacity as Vice–Chancellor of the University of Texas System; Charles Miller, in his official capacity as Chairman of the Board of Regents for the University of Texas System; Dr. Charles Sorber, in his official capacity as Interim President of the University of Texas at Arlington; Dr**

Kent Gardner, in his official capacity as Vice President for Student Affairs of the University of Texas at Arlington; Jeff Sorenson, Individually and in his official capacity as Director of Student Governance and Organizations of the University of Texas at Arlington; Sergeant M McCord, Individually and in his Official Capacity as Police Officer with the Police Department of the University of Texas at Arlington, Defendants–Appellees.

No. 05–10114.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 8, 2005.

Nathan W. Kellum, Alliance Defense Fund, Memphis, TN, for Plaintiff–Appellant.

Ingrid Karin Hansen, Don Cruse, Office of the Attorney General for the State of Texas, Austin, TX, for Defendant–Appellee.

Before KING, Chief Judge, and BARKSDALE and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leroy CONNER, Jr., Defendant–Appellant.**

No. 04–41591.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 9, 2005.

John B. Stevens, Jr., Robert L. Rawls, Assistant U.S. Attorneys, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Zachary Joseph Hawthorn, Law Office of Joseph C. Hawthorn, Beaumont, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Leroy Conner, Jr. appeals the 33–month sentence of imprisonment imposed following his guilty plea to counterfeit securities charges. He asserts that his sentence violates *United States v. Booker.*[1]

Because Conner's sentence was enhanced based on facts neither admitted by him nor proved to a jury beyond a reasonable doubt, it was imposed in violation of the Sixth Amendment and *Booker.*[2] Where, as here, the defendant preserved the error in district court, we will vacate the sentence and remand unless the Government shows that the error was harmless beyond a reasonable doubt.[3] To do this, it must show beyond a reasonable doubt that the court would have given the defendant the same sentence had it thought the Guidelines were advisory.[4]

The Government has not met this burden. Although the district court stated that it would have imposed a 36–month sentence had the Guidelines been advisory, the court was able to impose that longer sentence at the time as it was within the Guidelines range of 33 to 41 months. As a result, we are unsure whether its statement was a misstatement. Because we must vacate Conner's sentence due to *Booker* error, we do not address Conner's argument that the district court erred by denying him a reduction for acceptance of responsibility.[5]

Conner's sentence is VACATED and the case is REMANDED for resentencing.

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

2. *Id.* at 756.

3. *United States v. Pineiro,* 410 F.3d 282, 284 (5th Cir.2005).

4. *Id.*

5. *United States v. Akpan,* 407 F.3d 360, 377 n. 62 (5th Cir.2005).